STATE of Missouri, Respondent,

v.

**Thomas J. SEVART, Jr., Appellant.**

### No. WD 72956.

Missouri Court of Appeals, Western District.

April 10, 2012.

Frederick Ernst, Kansas City, MO, for appellant.

John Grantham, Jefferson City, MO, for respondent.

Before CYNTHIA L. MARTIN, P.J., THOMAS H. NEWTON, and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Mr. Thomas J. Sevart, Jr. appeals from the trial court's judgment entering convictions for statutory sodomy and furnishing pornography to a minor. He challenges the trial court's admission of his self-incriminating statements as a violation of his constitutional rights.

For reasons stated in the memorandum provided to the parties, the trial court's judgment is affirmed. Rule 30.25(b).